UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00902 WHA (LB) |
| Plaintiff, ) | (Related Case No. CR 05-167 WHA) |
| v. ) | ORDER DETAINING DEFENDANT PENDING TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| CHRISTOPHER BYES, ) | |
| Defendant. ) | |

## I. DETENTION ORDER

On March 4, 2010, defendant Christopher Byes made an initial appearance on a one-count indictment charging escape from BOP custody at a halfway house, where he was confined to serve the balance of his sentence on the underlying case charged in CR 05-167 WHA. The United States moved for detention under 18 U.S.C. § 3142(f)(2)(A) based on serious risk of flight. On March 5, 2010, following a detention hearing, the Court detained Byes as a serious risk of flight, finding that the circumstances of his escape established by a preponderance of the evidence that he was a serious risk of flight and that no condition or combination of conditions in section 3142(c) would reasonably assure his appearance in this case. *See* 18 U.S.C. § 3142; *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

ORDER RE: DETENTION AND TIME EXCLUSION
CR 09-00902 WHA (LB)

1

## II.  SPEEDY TRIAL ACT

At the hearing, at the request of the government and with defense counsel's agreement, the Court excluded time under the Speedy Trial Act from March 5, 2010, to March 16, 2010, to enable the defense to review discovery and to prepare its case.  The Court found that (A) failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and (B) the ends of justice served by excluding the period from March 5, 2010, to March 16, 2010, outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

## III.  CONCLUSION

Time is excluded under the Speedy Trial Act between March 5, 2010, to March 16, 2010.  The Court detains Byes as a serious risk of flight and orders that he be committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  *See* 18 U.S.C. § 3142(i)(2).  The defendant must be afforded a reasonable opportunity to consult privately with counsel.  *See id.* § 3142(i)(3).  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.  *See id.* § 3142(i)(4).

IT IS SO ORDERED

DATED: March 12, 2010

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE: DETENTION AND TIME EXCLUSION
CR 09-00902 WHA (LB)