RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile:  (510) 874-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
CHRISTOPHER G. BYES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>CHRISTOPHER G. BYES,<br><br>            Defendant. | CASE NO. CR-09-00902 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JULY 6, 2010 SENTENCING HEARING** |

   IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant CHRISTOPHER G. BYES, that the Sentencing Hearing currently scheduled for July 6, 2010 at 2:00 p.m. be continued to Tuesday August 3, 2010 at 2:00 p.m.

   Last week on June 16, 2010, the Honorable Maria-Elena James appointed undersigned counsel, Richard Tamor, as Advisory Counsel to the defendant in United States v. Ernesto Floresca, CR09-01012 JSW.  Mr. Floresca is scheduled for a 2-3 week trial beginning on July 6,

2010, the same date as the currently scheduled Sentencing Hearing for Mr. Byes. It is undersigned counsel's understanding that Judge White would like Advisory Counsel to be present during all stages of the case, including trial. Therefore, Mr. Tamor will not be able to prepare for and be available to argue a contested sentencing before this Court on July 6, 2010 at 2:00 p.m. because he will be preparing for and sitting as Advisory Counsel in trial for Mr. Floresca on that date.

    Undersigned counsel for Mr. Byes has consulted with Assistant United States Attorney William Frentzen, the prosecutor assigned to this matter, about this conflict, and AUSA Frentzen has no objection to continuing the sentencing hearing.

    Therefore, with the Court's permission, the parties hereby stipulate to continue the sentencing hearing date to August 3, 2010 at 2:00 p.m..

DATED: June 24, 2010        Tamor & Tamor

By:    */s/ Richard Tamor*
    RICHARD TAMOR
Attorneys for Defendant
CHRISTOPHER G. BYES

DATED:  June 24, 2010        UNITED STATES ATTORNEY'S OFFICE

By:    */s/ William Frentzen*
    WILLIAM FRENTZEN
Attorneys for Plaintiff
UNITED STATES OF AMERICA

///

///

///

///

///

2

**ORDER**

**FOR GOOD CAUSE SHOWN,**

The Sentencing Hearing currently scheduled for July 6, 2010 at 2:00 p.m. Is contintued to August 3, 2010 at 2:00 p.m.**.**

DATED:   June 25, 2010.



HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

3